AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v

SIDNEY SPAIN
DOB:
PDID:

## CRIMINAL COMPLAINT

CASE NUMBER: 07-557-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 9, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

knowingly possess items of child pornography, as defined in 18 U.S.C. §2256, which items depicted minors under the age of 18, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

in violation of Title __18__ United States Code, Section(s) __2252A(a)(5)(B) and 2256__.

I further state that I am __DETECTIVE TIMOTHY R. PALCHAK__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
DETECTIVE TIMOTHY R. PALCHAK
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

__NOV 0 9 2007__ at __Washington, D.C.__
Date                                                    City and State

__Alan Kay__
Name & Title of Judicial Officer        Signature of Judicial Officer

STATEMENT OF FACTS

On Thursday, November 8, 2007, a witness advised a member of the Metropolitan Police Department that it had known the defendant, Sidney Spain, for over a year, and that it had been inside Spain's residence located at 1301 U Street, N.W., Apartment 217 approximately 20-30 times during this period. The witness advised that Spain had shown child pornography to the witness on several occasions inside that location and that the pornographic images were displayed by means of a connection of a hard drive to a television set. The witness further advised that Spain also had a laptop computer with a "North Carolina" sticker in his residence.

On Friday, November 9, 2007, at approximately 12:27 p.m., members of the Metropolitan Police Department and Federal Bureau of Investigation executed a United States District Court search warrant at 1301 U Street, N.W. Apartment 217. At the time officers and agents entered the premises, Spain and other adult males were in the apartment. One of the other individuals stated that a laptop computer found on the premises belonged to him and that he brought it with him that day while visiting Spain. Spain identified a laptop computer with a sticker bearing the words "North Carolina" as belonging to him.

Officers and agents recovered an external computer hard drive on the premises. A preliminary forensic analysis of the hard drive conducted at the scene revealed that it contained movie files depicting prepubescent male children approximately ten years old engaging in sex acts. A preliminary analysis of the laptop computer identified by Spain as belonging to him indicated that it contained several images of prepubescent male children engaging in sex acts including a boy approximately three years old performing oral sex on an adult male.

Detective Timothy R. Palchak
Metropolitan Police Department

Sworn and subscribed to this NOV 0 9 2007 day of November 2007.

U.S. Magistrate Judge