IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| SIDNEY SPAIN ) | Criminal No. 07-557 M (AK) |
| ) | |
| Defendant. ) | |

## ORDER

On November 13, 2007, Defendant Sidney Spain appeared before this Court, having been charged with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), to determine whether any condition or combination of conditions set forth in 18 U.S.C. § 3142(c) will reasonably assure the appearance of Defendant Spain as required and the safety of any other person and the community.

Upon motion of the Government, this hearing was continued until November 15, 2007, at 1:45 p.m. Defendant Spain was ordered to be held without bond until that date.

Upon oral motion, Counsel for Defendant Spain requested that Defendant Spain, for his own safety, be placed in protective custody and that he be segregated from all prisoners while in custody. The Government did not oppose this request. Upon consideration of Defendant's motion, and the entire record in this matter, it is this 13th day of November 2007, hereby

**ORDERED** that Defendant Spain's motion is **Granted**, and it is further

**ORDERED** that District of Columbia Department of Corrections shall keep Defendant Spain in protective custody, and it is further

**ORDERED** that Defendant Spain shall be segregated from all other prisoners while in the custody of the District of Columbia Department of Corrections, including those prisoners



1

housed in protective custody, and it is further

**ORDERED** that Defendant Spain shall be segregated from all other prisoners while in the custody of the United States Marshal's Service.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE


cc:   Warden, District of Columbia Department of Corrections

   United States Marshal for the District of Columbia

2