## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **MAGISTRATE NO.  O7-557** |
| | **:** | |
| **v** | **:** | |
| | **:** | |
| **SIDNEY SPAIN** | **:** | |
| | **:** | |

### NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jean W. Sexton at telephone number (202) 305-1419 and/or email address:  Jean.Sexton@usdoj.gov.  Ms. Sexton will replace AUSA Angela George in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

Jean W. Sexton
Assistant United States Attorney
Federal Major Crimes, NJ Bar No. 02122-1995
555 4th Street, N.W.  #4235
Washington, DC 20530
(202) 305-1419; fax (202) 514-6010