AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**FILED**
JAN - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

SIDNEY SPAIN

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07 - 557 M

I, SIDNEY SPAIN, charged in a (complaint) ~~(petition)~~ pending in this District with POSSESSION OF CHILD PORNOGRAPHY in violation of Title 18, U.S.C., 2252A(a)(5)(B) & 2256,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (~~examination~~) (hearing), do hereby waive (give up) my right to a preliminary (~~examination~~) (hearing).

_____
Defendant

1/3/08
Date

_____
Counsel for Defendant

6